John F. Gangemi, PLLC
Attorney at Law
9920 Fourth Avenue, Suite 307
Brooklyn, New York 11209
(718) 234-2244
Fax: (718) 234-1938
email: jfganesq@yahoo.com

August 22, 2013

The Honorable Kiyo Matsumoto

Re: cv13-4709 Gangemi v The Board of Elections in the City of New York

     Please be advised that this letter is transmitted pursuant to the Court's directive at an appearance regarding the above referenced matter, held on August 21, 2013.

  In light of the admission made by Anthony Genovese, Esq., Counsel appearing on behalf of an interested party, that no pre-deprivation hearing was held on July 19, 2013, I am withdrawing my request for a hearing in this matter.

  Thank you for your cooperation herein.

     Respectfully,
     John F. Gangemi